# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Nos. 1D17-5254
1D18-0577
1D18-0579
1D18-0580

———————————————

R.F.C., Minor Child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

October 24, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.